IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON LYONS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC.,<br><br>　　　　　Defendant. | Case No. 25-cv-06992-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; VACATING NOVEMBER 7, 2025, HEARING** |

　　　　On October 30, 2025, plaintiff filed a Notice of Voluntary Dismissal Without Prejudice. In light thereof, defendant's motion to dismiss is hereby DENIED as moot, and the November 7, 2025, hearing scheduled on said motion is hereby VACATED.

　　　　**IT IS SO ORDERED.**

Dated: October 31, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge